**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NANCY F. KING, o/b/o Shirley S. King,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 6:07-cv-537-Orl-22DAB

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 24) filed on September 12, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 17, 2008 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 24) is **GRANTED**. Plaintiff shall recover attorney's fees in the amount of **$5,209.88** from the Defendant.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 8, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge